DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD CLEVELAND,**
Appellant,

v.

**WESTPORT RECOVERY CORPORATION, DEBORAH STRONG, LORENA O. GUZMAN,** and **LUIS O. GUZMAN,**
Appellees.

No. 4D2023-2286

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2016-CA-009470-XXXX-MB.

Michael P. Reitzell of Michael P. Reitzell, P.A., West Palm Beach, for appellant.

Debra L. Greenberg of Friedman & Greenberg, P.A., Plantation, for appellee Westport Recovery Corporation.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*